# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3972

_____

Raphael Mendez,      *
     *
         Appellant,      *
     *    Appeal from the United States
     v.      *    District Court for the
     *    District of Minnesota.
Bureau of Prisons; M. Haugen;      *
M. Stalker; FMC Rochester,      *    [UNPUBLISHED]
     *
         Appellees.      *

_____

Submitted: August 19, 2010
Filed: August 24, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Raphael Mendez, an involuntarily committed federal detainee who is confined at the Federal Medical Center in Rochester, Minnesota, appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition for a writ of habeas corpus, and its denial of his judicial-disqualification motion. Upon careful review, we conclude that the district court properly denied Mendez's motion to disqualify, see Am. Prairie Constr.

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

Co. v. Hoich, 560 F.3d 780, 789 (8th Cir. 2009) (standard of review); and, for the reasons relied upon by the district court, we conclude that Mendez is not entitled to habeas relief, <u>see</u> <u>Mitchell v. U.S. Parole Comm'n</u>, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam) (standard of review).  The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____